IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION


LaKESHA HATCHETT                                                    PETITIONER


v.                              NO. 4:20-cv-00943 JM-PSH


DEXTER PAYNE                                                       RESPONDENT


<u>FINDINGS AND RECOMMENDATION</u>


<u>INSTRUCTIONS</u>


The following proposed Recommendation has been sent to United States District Judge James M. Moody, Jr. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection, and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

## DISPOSITION

Petitioner LaKesha Hatchett ("Hatchett") began this case by filing what the undersigned construed as a petition for writ of habeas corpus pursuant to 28 U.S.C. 2254.[1] She failed, though, to accompany her petition with either the five dollar filing fee or an application to proceed in forma pauperis. She was notified of the oversight and given a reasonable opportunity to correct it. She thereafter filed an application to proceed in forma pauperis. The application was denied on September 16, 2020, and Hatchett was given up to, and including, October 16, 2020, to pay the filing fee. See Docket Entry 4. She was warned that in the event she failed to pay the filing fee by the close of business on October 16, 2020, the undersigned would recommend that this case be dismissed without prejudice.[2]

---

[1]    Hatchett actually filed two petitions in this case: the first petition on a form used for filing a petition pursuant to Ark. Code Ann. 16-112-101 through 16-12-123, and the second petition on a form used for filing a petition pursuant to 28 U.S.C. 2241. See Docket Entry 1 at CM/ECF 1, 5. Because it was clear that she was challenging her November 2019 Faulkner County Circuit Court conviction in both petitions, they were construed as a single petition filed pursuant to 28 U.S.C. 2254.

[2]    Hatchett was also notified of her obligation to comply with, inter alia, Local Rule 5.5(c)(2), which provides, in part, that if "any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice."

October 16, 2020, has now come and gone, and the Clerk of the Court has no record of Hatchett having paid the filing fee. Given Hatchett's failure to do so, it is recommended that this case be dismissed without prejudice. Judgment should be entered for respondent Dexter Payne.

DATED this 29th day of October, 2020.


_____
UNITED STATES MAGISTRATE JUDGE