**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**LaKESHA HATCHETT**                                                    **PETITIONER**

**v.**                                    **NO. 4:20-cv-00943 JM**

**DEXTER PAYNE**                                                    **RESPONDENT**

## Order

The Court has reviewed Plaintiff's second motion for extension of time (Doc. No. 8), and that motion is DENIED.  After a careful, *de novo* review of the record, the Court concludes that the findings and recommendation of the magistrate judge should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner LaKesha Hatchett is dismissed without prejudice. Judgment will be entered for respondent Dexter Payne.

IT IS SO ORDERED this 1st day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE