**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**LaKESHA HATCHETT**                                                        **PETITIONER**

**v.**                              **NO. 4:20-cv-00943 JM**

**DEXTER PAYNE**                                                        **RESPONDENT**

## <u>JUDGMENT</u>

Pursuant to the Order entered this day, judgment is entered for respondent Dexter Payne.

IT IS SO ORDERED this 1st day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE